# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  4:22 MJ 3010 NCC |
| HUSSEIN KADHIM ABOOD KHALAF | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) | FILING BY RELIABLE ELECTRONIC MEANS |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 2020 to the present__ in the county of __St. Louis City and County__ in the
__Eastern__ District of __Missouri__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:875(b),(c) and (d) | Threatening communications in interstate commerce |
| 18:2261A(2) | Cyberstalking |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.
I state under the penalty of perjury the foregoing is true and correct

_____
*Complainant's signature*

SA Daniel Reisig, FBI
_____
*Printed name and title*

Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.

Date: __01/24/2022__

_____
*Judge's signature*

City and state:   St. Louis, Missouri        Honorable Noelle C. Collins , U.S. Magistrate Judge
_____
*Printed name and title*