UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) No. 4:22 MJ 3010 NCC |
| HUSSEIN KADHIM ABOOD KHALAF, | ) |
| Defendant. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

COME NOW Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Allison H. Behrens, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

_s/Allison H. Behrens_
ALLISON H. BEHRENS, #38482MO
Assistant United States Attorney
111 S. 10th Street, Room 20.331
St. Louis, Missouri 63102
(314) 539-2200