IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:22-CR-00062-HEA-PLC |
| HUSSEIN KHALAF, | ) |
| Defendant. | ) |

**MOTION TO CONTINUE SENTENCING**

NOW COMES Defendant HUSSEIN KHALAF, through counsel, Mohammed G. Ahmed, Assistant Federal Public Defender, requesting this Honorable Court to continue Mr. Khalaf's sentencing set for March 23, 2023, for thirty days. In support, Defendant states the following:

1. Mr. Khalaf has directed the undersigned to file a motion to withdraw his plea pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B).

2. Rule 11(d)(2)(B) states one can move to withdraw a plea for fair and just reasons.

3. In an effort to find a fair and just reason for withdrawing the plea, the undersigned ordered the transcripts of previous court proceedings but neglected to request court proceedings occurring on 10/26/2022.

4. The undersigned is preparing another transcript request for that proceeding and is unsure of how long that will take.

5. Out of an abundance of caution, Defendant would like to continue the sentencing so counsel can obtain and review the transcript of the

10/26/2022 proceeding in order to find all fair and just reasons that exist for the submission of the motion to withdraw the plea.

WHEREFORE, for the reasons stated above, counsel requests an extension of time, up to and including April 24, 2023.

Dated: March 2, 2023

Respectfully submitted,

/s/Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender
Bar No. 6285612 IL
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Mohammed_Ahmed@fd.org
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen C. Lang, Assistant United States Attorney.

/s/ Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender