UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:22CR62  HEA |
| | ) |
| HUSSEIN KADHIM ABOOD KHALAF, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing is set in this matter for April 25, 2023, at 1:30 p.m. in the courtroom of the undersigned.

Dated this 3rd day of March, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE