IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:22-CR-00062-HEA-PLC ) |
| HUSSEIN KHALAF, | ) ) |
| Defendant. | ) |

**MOTION TO ALLOW UNDERSIGNED COUNSEL ACCESS TO SEALED DOCUMENTS FILED BY DEFENDANT**

NOW COMES Defendant HUSSEIN KHALAF, through counsel, Mohammed G. Ahmed, Assistant Federal Public Defender, and requests this Honorable Court to grant current counsel access to two sealed docket entries that purport to be letters sent by the Defendant to the Court.

Defendant has directed the undersigned to file a motion to withdraw his guilty plea and asserts that those sealed letters (Docs. 64 and 86) contain pertinent information material to the issue of a whether a fair and just reason exists to withdraw the plea.

WHEREFORE, for the reasons stated above, counsel this Honorable Court to grant current counsel access to two sealed docket entries, Documents 64 and 86.

Dated: March 29, 2023

                                              Respectfully submitted,

                                              /s/Mohammed G. Ahmed
                                              MOHAMMED G. AHMED

                Assistant Federal Public Defender
                Bar No. 6285612 IL
                1010 Market Street, Suite 200
                St. Louis, Missouri 63101
                Telephone: (314) 241-1255
                Fax: (314) 421-3177
                E-mail: Mohammed_Ahmed@fd.org
                ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Colleen Lang, Assistant United States Attorney.

/s/ Mohammed G. Ahmed
MOHAMMED G. AHMED
Assistant Federal Public Defender