UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:22 CR0062 HEA |
| HUSSIEN KHALAF, | ) | |
| Defendant. | ) | |

## STATEMENT OF THE GOVERNMENT
## REGARDING PRESENTENCE REPORT

Comes now the United States of America, by and through its attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said District, and pursuant to Paragraph 10 of the Administrative Order of this Court (July 19, 2006), states that the Government accepts factual statements and guideline calculations contained in the presentence report.

Respectfully submitted,

SAYLER FLEMING
United States Attorney

  *s/ Colleen C. Lang*
Colleen Lang , 56872MO
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, Missouri  63102
(314) 539-2200

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Mohammed Ahmed

and

Stacie Dixon
United States Probation Officer.

                                                              s/*Colleen C. Lang*
                                                              Colleen C. Lang, #56782MO
                                                              Assistant United States Attorney