UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Case No. 4:22-cr-62-HEA
)
HUSSEIN KHALAF, )
)
    Defendant. )

### NOTICE OF COMPLIANCE WITH LOCAL RULE 12.07(A)

Comes now counsel for the above-named defendant and, pursuant to Local Rule 12.07, notifies the Court as follows:

☒ A Notice of Appeal will be filed by defense counsel within the time allowed by law.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant has not requested that counsel file a Notice of Appeal, and defendant declines to sign this notice.

☐ Defense counsel has explained to defendant his/her right to appeal, defendant does not wish to file a Notice of Appeal, and defendant has signed below to so indicate.

**(Note: Defense counsel must check the appropriate box that applies above.)**

4/24/23
Date

_Signature of Attorney_

4/25/23
Date

_Signature of Defendant_