## United States District Court
*for the District of*

USCA8   No. _____

### NOTICE OF APPEAL

United States of America,

*Plaintiff*

vs

_____

*Defendant*

District Court Docket Number: _____

District Court Judge: _____

Notice is hereby given that _____ appeals to the United States Court of Appeals for the Eighth Circuit from the: ☐ Judgment & Commitment  ☐ Order _____ (Specify)

entered In this action on _____

*/s/ Mohammed Ahmed*
Signature of Defendant's Counsel

_____
Typed Name of Defendant's Counsel

_____
Street Address           Room Number

( ) _____
Telephone Number

_____
City      State      ZIP

_____
Date

---

### TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☐ Please Prepare a transcript of:
  ☐ Pre-trial proceedings
  ☐ Testimony or
  ☐ Portions thereof
  ☐ Sentencing
  ☐ Post Trial Proceedings
  ☐ Other (Specify)

☐ I am not ordering a transcript because:
  ☐ Previously Filed
  ☐ Other (Specify)

---

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form.have been.filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds,  ☐ CJA Form24 completed and attached.

Attorney's Signature  */s/ Mohammed Ahmed*   Date  5/8/2023

**Note: Complete all Items on Page Two**

# INFORMATION SHEET
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:

2. Date of Verdict  _____    Jury ☐    Non-Jury ☐

   Offenses:

   Trial Testimony - Number of Days  _____    Bail Status  _____

3. Sentence and Date Imposed:

4. Appealing:   sentence ☐    Conviction ☐    Both ☐
   Challenging:  ☐ Application of Sentencing Guidelines
                 ☐ Constitutionality of Guidelines
                 ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: _____

   Stenographer in Charge: _____

   (Name, Address, Phone)

6. Trial Counsel was:    ☐ Appointed    ☐ Retained
   Does Defendant's financial status warrant appointment of counsel on appeal?
          ☐ Yes        ☐ No
   Affidavit of Financial Status filed: _____
   Is there any reason why trial counsel should not be appointed as counsel on appeal?
          ☐ Yes        ☐ No

7. Assistant U.S. Attorney Name and Phone Number:

---

**Court Reporter Acknowledgment**

_____        _____        _____
Date Order Received         Estimated Completion Date    Est Number of Pages

_____            _____
Court Reporter's Signature                       Date