# US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**

USA v. Khalaf

**USCA#:**

**Case Number:**

4:22-CR-00062-HEA

**Plaintiff:**

UNITED STATES OF AMERICA

**Defendant:**

HUSSEIN KADHIM ABOOD KHALAF

**Attorney:**

Allison H. Behrens (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
Ph: 314-539-2200  Fax: 314-539-7695
Email: allison.behrens@usdoj.gov

Colleen C. Lang (for pla)
111 S. Tenth Street
20th Floor
St. Louis, MO 63102
Ph: 314-539-3740  Fax:
Email: colleen.lang@usdoj.gov

**Attorney:**

See Docket Sheet

**Court Reporter(s):**

C. Klaustermeier
T. Tillman
Reagan Fiorino
Angela Daley
Laura Esposito

Please return files and documents to:

Clerk for Eastern District of Missouri

Person to contact about the appeal:

J Horton at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None Paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

## Criminal Cases/Prisoner Pro Se  Cases Only:

Is defendant incarcerated?: Yes    Where: Unknown

## Please list all other defendants in this case if there were multiple defendants: