No: 23-2159

United States of America

Appellee

v.

Hussein Kadhim Abood Khalaf

Appellant

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cr-00062-HEA-1)

___

**ORDER**

The order dated July 27, 2023 is hereby vacated as all necessary transcripts have been prepared and filed.

July 27, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

___

/s/ Michael E. Gans